IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDOLPH CLAY COOPER, an Individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  CIVIL ACTION NO.: 1:21-cv-00324-C |
| SHAWN LUCAS LISTER, an Individual; AARON GLASS, an Individual; ZACH KUIKEN, an Individual; and the TOWN OF LOXLEY, ALABAMA, | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Defendants' motion for summary judgment (Doc. 51) is **GRANTED**. Thus, the Plaintiff's claims for damages under 42 U.S.C. § 1983 for alleged violation of his constitutional rights arising out of his arrest by Defendants, Lister, Glass and Kuiken on May 27, 2020 and against the Town of Loxley for an alleged deliberate policy or custom of indifference in failing to train and/or supervise its officers that were raised in his complaint as last amended, are **DISMISSED WITH PREJUDICE.** Costs are awarded to the Defendants.

DONE this the 13th day of January, 2023.

                              s/WILLIAM E. CASSADY
                              UNITED STATES MAGISTRATE JUDGE